

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2015

No. 04-15-00536-CV

Romeo **LONGORIA**, et al.,
Appellants

v.

**EXXON MOBIL CORPORATION**, et al.,
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 13-12-16488-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

The appellant's second motion for extension of time to file brief is hereby GRANTED. Time is extended to December 23, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court